**Marquis & Aurbach**
ALBERT G. MARQUIS, ESQ.
Nevada Bar No. 1919
JASON M. GERBER, ESQ.
Nevada Bar No. 9812
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711/Fax:  (702) 856-8914
E-mail: jgerber@marquisaurbach.com

ROBERT W. MCINTYRE (0006768)
Mcintyre Kahn & Kruse Co., L.P.A.
The Galleria & Towers at Erieview
1301 East Ninth Street, Suite 2200
Cleveland, Ohio 44114
Telephone: (216) 579-4114/Facsimile: (216) 579-0605
Email: info@mkkglaw.com
**Attorneys for Plaintiff Volvo**
**Construction Equipment Rents, Inc.**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VOLVO CONSTRUCTION EQUIPMENT RENTS, INC., | |
| Plaintiff, | Case No:      2:09-cv-32 |
| vs. | |
| NRL RENTALS, LLC, NRL TEXAS RENTALS, LLC, NRL SAN ANTONIO RENTALS, LP, NRL HIGH ACCESS, LLC, VEGAS RENTS, LLC, ROBERT BALLI, HILARY BALLI, R& H.P. BALLI FAMILY TRUST, NICK BALLI, LARRY CHAVEZ, BOSWORTH NEVADA INVESTMENTS, LLC, BOSWORTH FARMS, INC., DWIGHT BOSWORTH, MARCEL BOSWORTH, MARINA QUEST, INC., MARINE QUEST-JOE POOL, INC., MARINE QUEST-TEXOMA, LP, MARINE QUEST TEXOMA II, LP, MARINE QUEST-CAPTAINS COVE, LP, MARINE QUEST-EAGLE MOUNTAIN, LP, MARINE QUEST-ANDERSON MILL, LP, MARINE QUEST-MARSHALL FORD, LP, MARINE QUEST-HARBOR ONE, LP, MARINE QUEST-BOZ I, LP, MARINE QUEST-HIDDEN COVE LP, MARINE QUEST-EXECUTIVE, LP, MARINE QUEST-CHANDLER'S LANDING, LP, MARINE QUEST-LAKE COUNTRY, LP, MARINE | **PLAINTIFF'S MOTION FOR ORDER TO ISSUE TITLES** |

MARQUIS & AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

M&A:10933-001 1034316_1 4/29/2010 7:31 AM

1   QUEST-INVESTMENTS, LP, TARRANT
2   COUNTY MARINA ENTERPRISES, INC.,
    LAKE COUNTRY MARINA, INC., ELITE
3   MARINE MANAGEMENT, LLC, JEFFERSON
    BANK, PLAINSCAPITAL BANK,

4               Defendants.

5

6       Plaintiff, Volvo Construction Equipment Rents, Inc. ("VRI"), by and through its counsel

7   of record, respectfully moves this Court for an Order Issuing Title.

8   **I.    INTRODUCTION.**

9       VRI respectfully requests this Court issue an Order for the Nevada Department of Motor

10  Vehicles ("DMV") to issue title to certain equipment to VRI.  Pursuant to its Writ of Possession

11  and Expanded Writ of Possession, VRI has repossessed certain equipment and attempted to sell

12  the equipment to mitigate its losses in this case.  However, VRI has been unable to sell certain

13  pieces of equipment because there is no record of title for the equipment.  As such, the DMV has

14  required VRI to obtain a Court Order requiring title to issue so that the equipment may be sold.

15  **II.   STATEMENT OF FACTS AND PROCEDURAL HISTORY.**

16

17      VRI's original Writ of Possession was granted on May 14, 2009 (#68).  Further, VRI

18  obtained an Expanded Writ of Possession on March 2, 2010, to recover equipment from

19  additional sites identified by its representatives.  (#255).  Pursuant to these Orders, VRI has

20  repossessed equipment.

21      Nonetheless, VRI has faced issues attempting to sell equipment appropriately repossessed

22  pursuant to the Writs of Possession.[1]  VRI is in possession of the following equipment pursuant

23  to the Writs of Possession (the "Equipment"):

24  . . .

25  . . .

26  . . .

27  ────────────────────
    [1] See Declaration of Brian Bradley attached as **Ex. 1**.
28

MARQUIS & AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711  FAX: (702) 382-5816

M&A:10933-001 1034316_1 4/29/2010 7:31 AM

| Equipment | Vehicle Identification Number |
|---|---|
| Wacker G5038KW | 4TCSU185054185536 |
| 1999 Freightliner | 1FUYDCXB5XPAO7779 |
| Wacker G5038KW | 4TCSU18545H185541 |
| Whiteman Trailer | 4CNFU10155BO14636 |
| Trailer | 4TCSV18505H185665 |
| 2005 International Rollback | 1HTMXAAN15H689802 |

VRI has not been able to sell the Equipment because there is no current record of title for each piece.  For instance, the Wacker G5038KW (Vin 4TCSU185054185536) was previously registered to Volvo Rents and NRL, but now no record of title exists.[2]  Further, some of the Equipment listed above simply has no title information.[3]  The Nevada DMV has advised that in order to obtain title to this equipment, it requires a Court Order to issue titles.[4]

### III.   LAW AND ARGUMENT.

Pursuant to the Writ of Possession and the Expanded Writ of Possession, VRI is entitled to exercise its ownership rights over the Equipment.   Currently, VRI is attempting to sell repossessed equipment to mitigate the harm caused by the Defendants in this action.  However, without valid titles to the above listed equipment, VRI cannot exercise this right.  See **Exs. 1** and **4**.  Therefore, VRI respectfully requests this Court issue titles to the above listed equipment.  A proposed Order is attached as **Ex. 5**.

### IV.   CONCLUSION.

VRI respectfully requests this Court issue an Order to the Nevada DMV requiring titles to be issued for equipment VRI owns pursuant to the Writs of Possession.  Given the facts and

---

[2] See State of Nevada DMV records attached collectively as **Ex. 2**.

[3] See Nevada DMV records attached collectively as **Ex. 3**.

[4] See Declaration of Jason M. Gerber, Esq. attached as **Ex. 4**.

M&A:10933-001 1034316_1 4/29/2010 7:31 AM

MARQUIS & AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

1  circumstances, it is appropriate that an Order issue so that VRI may exercise its rights with

2  regard to the equipment and mitigate its damages in this case.

3      DATED:  This 27th day of April, 2010.

4          MARQUIS & AURBACH

5

6          /s/ Jason M. Gerber, Esq.
        ALBERT G. MARQUIS, ESQ.
        Nevada Bar No. 1919

7          JASON M. GERBER, ESQ.
        Nevada Bar No. 9812

8          10001 Park Run Drive
        Las Vegas, NV 89145

9

10          /s/ Robert W. McIntyre, Esq.
        ROBERT W. MCINTYRE (0006768)
        MCINTYRE KAHN & KRUSE CO., L.P.A.

11          The Galleria & Towers at Erieview
        1301 East Ninth Street, Suite 2200

12          Cleveland, Ohio 44114
        **Attorneys for Plaintiff Volvo**

13          **Construction Equipment Rents, Inc.**

14          **PROOF OF SERVICE**

15      I hereby certify that on this 27th day of April, 2010, a copy of the foregoing was filed

16  electronically.  Notice of this filing will be sent by operation of the Court's electronic filing

17  system to all parties indicated on the electronic filing receipt.  All other parties will be served by

18  regular U.S. mail.  Parties may access this filing through the Court's system.

19

20          By/s/ Jason M. Gerber, Esq.
        JASON M. GERBER, ESQ.

21          Nevada Bar No. 9812
        Attorneys for Plaintiff Volvo

22          Construction Equipment Rents, Inc.

23

24

25

26

27

28

MARQUIS & AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711  FAX: (702) 382-5816

M&A:10933-001 1034316_1 4/29/2010 7:31 AM

# EXHIBIT 1

## DECLARATION OF BRIAN BRADLEY

COUNTY OF *Buscomb*     )
                        ) SS:
STATE OF *North Carolina*  )

Brian Bradley being first duly sworn deposes and says that he has personal knowledge and is competent to testify to the following matters:

1.     I am a supervising manager of and for Volvo Construction Equipment Rental, Inc. ("VRI"), and I am the authorized representative of and for VRI in this Declaration. Further, this Declaration incorporates my prior Declarations associated with VRI's Writ of Possession and Motions to Expand the Writ of Possession.

2.     Pursuant to Writs of Possession issued by the Court, VRI has repossessed several pieces of equipment. VRI, however, has faced issues attempting to sell equipment appropriately repossessed pursuant to the Writs of Possession.

3.     I am familiar with the repossession efforts being conducted by VRI and its representatives in Nevada and Texas.  Throughout these efforts, VRI has been able to obtain possession of Equipment subject to the Writ of Possession and Expanded Writ of Possession. VRI has been selling the Equipment at auction to recoup its losses caused by the Defendants' conduct.

4.     However, several pieces of Equipment were repossessed by VRI pursuant to the Writ and have not been sold.  In particular, several pieces of Equipment do not have valid titles.  As such, VRI is unable to sell the Equipment at auction.

5.     The Equipment currently held by VRI pursuant to the Writ of Possession without valid title information is as follows:

| Equipment | Vehicle Identification Number |
|-----------|-------------------------------|
| Wacker G5038KW | 4TCSU185054185536 |

| 1999 Freightliner | 1FUYDCXB5XPAO7779 |
| Wacker G5038KW | 4TCSU18545H185541 |
| Whiteman Trailer | 4CNFU10155BO14636 |
| Trailer | 4TCSV18505H185665 |
| 2005 International Rollback | 1HTMXAAN15H689802 |

6.     I am familiar with the list of Equipment that is in VRI's possession without valid titles.  Further, I believe the list of Equipment adequately and accurately summarizes the Equipment VRI is holding without valid titles.  This Equipment cannot be sold until titles are issued.

7.     I am familiar with the DMV records attached in support of this Motion as **Exs. 2** and **3**.  These documents were obtained by VRI through its subpoena and these documents show there are currently no valid titles for the information on this list.  As such, VRI cannot sell the Equipment at auction without valid title.

FURTHER DECLARANT SAYETH NAUGHT

Brian Bradley

# EXHIBIT 2

```
                        STATE OF NEVADA
                DEPARTMENT OF MOTOR VEHICLES
              CENTRAL SERVICES - RECORDS DIVISION
                        555 Wright Way
                 Carson City, Nevada 89711-0250
                        (775)684-4590
```

REQUEST DATE : 10/23/2009            SUP.TRAN.ID :    51732129


MARQUIS & AURBACH
10001 PARK RUN DR
LAS VEGAS NV 89145-8857


VEHICLE REGISTRATION DATA


I  - VEHICLE DATA

YEAR : 1999    MAKE : FRHT    MODEL : CONVENTI    CYL : 6
VIN  : 1FUYDCXB5XPA07779    VEHCL TYPE :    TRU-TRUCK TRACTOR (DIESEL)

II - REGISTRATION INFORMATION

EXPIRATION DATE :

LAST TRANSACTION DATE:
**************************************************************************
                                    PAGE NO:    1** LAST PAGE **

```
                        STATE OF NEVADA
                DEPARTMENT OF MOTOR VEHICLES
              CENTRAL SERVICES - RECORDS DIVISION
                        555 Wright Way
                   Carson City, Nevada 89711-0250
                        (775)684-4590
```

REQUEST DATE : 10/23/2009              SUP.TRAN.ID :   51732129


MARQUIS & AURBACH
10001 PARK RUN DR
LAS VEGAS NV 89145-8857

                        VEHICLE TITLE DATA


I  - VEHICLE DATA

YEAR : 1999  MAKE : FRHT  MODEL : CONVENTI  CYL : 6     OPTL NO : NOT AVL
VIN  : 1FUYDCXB5XPA07779     VEHCL TYPE :   TRU-TRUCK TRACTOR (DIESEL)

II - TITLE INFORMATION

TITLE NO : NV001622134           ODMTR RG : NOT AVL
STATUS   : ORIGINAL              ODMTR BR : EXEMPT WEIGHT
TITLE ISSUE DATE : 02/20/2007


   OWNER TYPE   : REGISTERED     COMBN TYPE :   NONE
   NAME         : VOLVO RENTS
   ADDRESS :      5255 S VALLEY VIEW BLVD
   CITY/STATE   : LAS VEGAS NV 89118-1710

   OWNER TYPE   : REGISTERED     COMBN TYPE :   DOING BUSINESS AS
   NAME         : NRL RENTALS, LLC
   ADDRESS :      5255 S VALLEY VIEW BLVD
   CITY/STATE   : LAS VEGAS NV 89118-1710
**************************************************************************
                                 PAGE NO:    1** LAST PAGE **

3013

1FUYDCXB5XPA07779   VA      1999      FRHT

TDS                    CONVENTION 29000        EXEMPT WEIGHT

NV001622134        3565 02/20/2007 ORIGINAL

NRL RENTALS, LLC
5255 S VALLEY VIEW BLVD
LAS VEGAS NV  89118-1710

NRL RENTALS, LLC                    DOING BUSINESS AS
VOLVO RENTS
5255 S VALLEY VIEW BLVD
LAS VEGAS NV  89118-1710

PSF1

(702) 339-6421 LH

# STATE OF CALIFORNIA

510990101810   ## CERTIFICATE OF TITLE

COMMERCIAL

| VEHICLE ID NUMBER | | YR MODEL | MAKE | PLATE NUMBER |
|---|---|---|---|---|
| 1FUYDCXB5XPA07779 | | 1999 | FRHT | 9A90640 |

| BODY TYPE MODEL | AX | UNLADEN WEIGHT | FUEL | TRANSFER DATE | FEES PAID | REGISTRATION EXPIRATION DATE |
|---|---|---|---|---|---|---|
| DS | 3 | 15500 | D | | $2140 | 11/30/1999 |

| YR 1ST SOLD | CLASS | *YR | MO | EQUIPMT/TRUST NUMBER | ISSUE DATE |
|---|---|---|---|---|---|
| 1998 | PM | | EM | 98064 | 01/20/99 |

MOTORCYCLE ENGINE NUMBER                    ODOMETER DATE          ODOMETER READING

REGISTERED OWNER(S)
SCULLY TRANS SVCS INC                    -----
10641 ALMOND AVE
FONTANA CA 92337

I certify under penalty of perjury under the laws of the State of California, that **THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.**

1a ___12/15/05___ X _____
      DATE                    SCULLY TRANSPORTATION SERVICES, INC.

1b _____ X _____
      DATE                    SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads |4|8|2|_|0|5|0| (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked.

**WARNING**  ☐ Odometer reading is not the actual mileage  ☐ Mileage exceeds the odometer mechanical limits

*I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

| DATE | TRANSFEROR/SELLER SIGNATURE(S) | DATE | TRANSFEREE/BUYER SIGNATURE(S) |
|---|---|---|---|
| 12/15/05 | SCULLY TRANSPORTATION SERVICES, INC. | | X |
| | | | PRINTED NAME OF AGENT SIGNING FOR A COMPANY |

SCULLY TRANSPORTATION SERVICES, INC.

**IMPORTANT: READ CAREFULLY**

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

MERCEDES BENZ CRDT CORP
PO BX 354
LISLE
IL 60532

DaimlerChrysler Services North America LLC, Successor by merger to Mercedes Benz Credit Corporation   BY ASSOCIATE
(signature releases interest in vehicle (Company names must be countersigned)

Release Date ___ MAY 0 2 2005

CA37313373
REG 17 30 (REV 2/98)
018150

KEEP IN A SAFE PLACE — VOID IF ALTERED

**APPLICATION FOR TRANSFER BY NEW OWNER**   *(Please print or type.)*

Any change of registered owner or lienholder must be recorded with the Department of Motor Vehicles (DMV) within ten (10) days. The title, transfer fee and in most instances, use tax and a smog certificate must be presented to DMV to record the ownership change.

**NEW REGISTERED OWNER**

**3a** TRUE FULL NAME(S) OF NEW REGISTERED OWNER(S) *(LAST, FIRST, MIDDLE) AS IT APPEARS ON DRIVER'S LICENSE OR ID CARD*
NRL RENTALS LLC

**3b** ☐ AND ☐ OR *(LAST, FIRST, MIDDLE)*
dba VOLVO RENTS

**4** STREET ADDRESS OR PO BOX NUMBER
5255 S VALLEY VIEW BLVD

**5** CITY
LAS VEGAS   STATE NV   ZIP CODE 89118

**6** MAILING ADDRESS STREET OR PO BOX NUMBER (DO NOT COMPLETE IF SAME AS RESIDENCE ABOVE)

**7** CITY   STATE   ZIP CODE

**8** FOR TRAILER COACHES ONLY – ADDRESS OR LOCATION WHERE KEPT

I certify under penalty of perjury under the laws of the State of California that the information entered by me on this document is true and correct. If there is a mailing address entered on this form, it is a valid, existing and accurate address. I consent to receive service of process at this mailing address pursuant to Civil Procedures Code Sections 415.20(b), 415.30(a) and 416.90

**9a** DATE 2/23/06   SIGNATURE OF NEW REGISTERED OWNER X   CALIFORNIA DRIVER LICENSE OR ID CARD NO   PURCHASE DATE 2/23/06

**9b** DATE   SIGNATURE OF NEW REGISTERED OWNER X   CALIFORNIA DRIVER LICENSE OR ID CARD NO   PURCHASE PRICE OR IF GIFT, SO STATE $29,000.00

**LEASED VEH. ONLY** **10** ADDRESS OF NEW LESSEE IF DIFFERENT FROM LINE 4 ABOVE (WILL NOT BE PRINTED ON TITLE)

**NEW LIENHOLDER**

**11** NAME OF LIENHOLDER – FIRM OR INDIVIDUAL HOLDING SECURITY INTEREST (IF NO LIEN, WRITE NONE) DO NOT ENTER NAME OF REGISTERED OWNER(S) ABOVE   ELECTRONIC LIENHOLDER ID
NONE   ELT #

**12** STREET ADDRESS OR PO BOX NUMBER

**13** CITY   STATE   ZIP CODE

## TITLE REASSIGNMENTS BY LICENSED CALIFORNIA DEALERS

FEDERAL LAW REQUIRES that you state the mileage upon transfer of ownership. Failure to complete or making a false statement may result in fines and/or imprisonment.

I certify under penalty of perjury under the laws of the State of California that the signature below releases my interest in this vehicle, acknowledges the odometer mileage recorded by the seller, and certifies that the odometer reading entered above my signature (in compliance with Federal law) and the other information entered by me on this document are true and correct

**DEALER TRANSACTIONS ONLY**

**14** Odometer now reads 4452 , 1050 (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked *WARNING* – Mileage ☐ is not the actual mileage   ☐ exceeds the odometer mechanical limits   R/S NUMBER 918 69 98H
DATE 12/15/06   SIGNATURE OF AUTHORIZED AGENT X   PRINTED NAME OF AGENT Cynthia Kue   DEALER NAME Scully Truck Center   DEALER NUMBER FK 671
DATE 12/15/06   BUYER'S SIGNATURE ACKNOWLEDGES ODOMETER READING X Luz Enriquez   PRINTED NAME OF BUYER OR AGENT Luz Enriquez   DEALER NAME CARMENITA TRUCK CENTER   DEALER NUMBER 9503
SOLD THROUGH AUCTION IF APPLICABLE   DATE OF AUCTION   AUCTION NAME   DEALER NUMBER

**15** Odometer now reads 4454 , 1130 (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked *WARNING* – Mileage ☐ is not the actual mileage   ☐ exceeds the odometer mechanical limits   R/S NUMBER 904 04 29H
DATE 2-23-06   SIGNATURE OF AUTHORIZED AGENT X   PRINTED NAME OF AGENT Luz Enriquez   DEALER NAME CARMENITA TRUCK CENTER   DEALER NUMBER 9503
DATE   BUYER'S SIGNATURE ACKNOWLEDGES ODOMETER READING X   PRINTED NAME OF BUYER OR AGENT Rachel Erick   SALES PERSON'S NO

**16** Odometer now reads ___ , ___ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked *WARNING* – Mileage ☐ is not the actual mileage   ☐ exceeds the odometer mechanical limits   R/S NUMBER
DATE   SIGNATURE OF AUTHORIZED AGENT X   PRINTED NAME OF AGENT   DEALER NAME   DEALER NUMBER
DATE   BUYER'S SIGNATURE ACKNOWLEDGES ODOMETER READING X   PRINTED NAME OF BUYER OR AGENT   SALES PERSON'S NO



555 WRIGHT WAY
CARSON CITY, NV 89711
Reno/Sparks/Carson City (775) 684-4DMV (4368)
Las Vegas Area (702) 486-4DMV (4368)
Rural Nevada (877) 368-7828
www.dmvnv.com

## ONE AND THE SAME AFFIDAVIT

STATE OF _CALIFORNIA_

COUNTY OF _SAN BERNARDINO_ } ss

PleasePrint

I, Chinta Hari for Scully Transportation Services Inc. , hereby swear under penalty of NRS

482 545 that the following assertions are true of my own personal knowledge:

1   I reside at 10641 Almond Avenue
                            Address
      Fontana              CA              92337
      City                 State           Zip Code

2   I, Scully Transportation Services Inc and Scully Truck Center are all related through
    commond ownership/ principals/ management/ or financial interests.

Dated this 9th _____ day of February _____ , 20 07 _____ .

_____
Affiant's Signature  for Scully Transportation Services Inc.

Subscribed and sworn to before me this 9th _____ day of February _____ 20 07 ____

_____
Notary Public or Authorized Nevada DMV Representative

DEE EAKES
Commission # 1522022
Notary Public - California
San Bernardino County
My Comm Expires Oct 25, 2008

RD-185 (Rev 10/06)



# NEVADA



**APPLICATION INSTRUCTIONS**
NOTE <u>DO NOT</u> MOISTEN DECAL

- Thoroughly clean upper right hand corner of license plate. Remove wax, tar and other foreign matter

- Remove decal from paper backing by bending over index finger (decal side up), and peeling at scoreline

- Position decal directly on the <u>cleaned</u> portion of license plate

- Firmly rub decal and edges down with thumb

**NEVADA MOTOR CARRIER VEHICLE IDENTIFICATION**
DEPARTMENT OF MOTOR VEHICLES
MOTOR CARRIER DIVISION
555 Wright Way
Carson City, NV 89711-0625
775/684-4711

ORIGINAL CARD MUST BE KEPT IN VEHICLE

**2007**
Expires 12/31/07

NV 26200

| CARRIER NUMBER | TYPE | PLATE NUMBER | UNIT NUMBER | |
| --- | --- | --- | --- | --- |
| YEAR-MAKE | SERIAL NUMBER | VEHICLE TYPE | COMBINED GVW | FUEL |

PLATES AND CAB CARD MUST BE RETURNED WHEN NOT OPERATING THE VEHICLE.

# EXHIBIT 3

STATE OF NEVADA
DEPARTMENT OF MOTOR VEHICLES
CENTRAL SERVICES - RECORDS DIVISION
555 Wright Way
Carson City, Nevada 89711-0250
(775)684-4590

REQUEST DATE : 10/23/2009                SUP.TRAN.ID :    51732129


MARQUIS & AURBACH
10001 PARK RUN DR
LAS VEGAS NV 89145-8857


NO REGISTRATION INFO AVAILABLE VIN  :       4TCSU18505H185536
4TCSU18505H185536     NO VEHICLE DETAILS COULD BE FOUND FOR THE GIVEN VIN

STATE OF NEVADA
DEPARTMENT OF MOTOR VEHICLES
CENTRAL SERVICES - RECORDS DIVISION
555 Wright Way
Carson City, Nevada 89711-0250
(775)684-4590

REQUEST DATE : 10/23/2009                    SUP.TRAN.ID :    51732129


MARQUIS & AURBACH
10001 PARK RUN DR
LAS VEGAS NV 89145-8857


NO REGISTRATION INFO AVAILABLE VIN   :      4TCSU18505H185665
4TCSU18505H185665    NO VEHICLE DETAILS COULD BE FOUND FOR THE GIVEN VIN

STATE OF NEVADA
DEPARTMENT OF MOTOR VEHICLES
CENTRAL SERVICES - RECORDS DIVISION
555 Wright Way
Carson City, Nevada 89711-0250
(775)684-4590

REQUEST DATE : 10/23/2009                    SUP.TRAN.ID :   51732129


MARQUIS & AURBACH
10001 PARK RUN DR
LAS VEGAS NV 89145-8857


NO REGISTRATION INFO AVAILABLE VIN  :     4TCSU18545H185541
4TCSU18545H185541    NO VEHICLE DETAILS COULD BE FOUND FOR THE GIVEN VIN

STATE OF NEVADA
DEPARTMENT OF MOTOR VEHICLES
CENTRAL SERVICES - RECORDS DIVISION
555 Wright Way
Carson City, Nevada 89711-0250
(775)684-4590

REQUEST DATE : 10/23/2009                SUP.TRAN.ID :    51732129


MARQUIS & AURBACH
10001 PARK RUN DR
LAS VEGAS NV 89145-8857


NO REGISTRATION INFO AVAILABLE VIN  :     4GNFU10155B014636
4GNFU10155B014636    NO VEHICLE DETAILS COULD BE FOUND FOR THE GIVEN VIN

STATE OF NEVADA
DEPARTMENT OF MOTOR VEHICLES
CENTRAL SERVICES - RECORDS DIVISION
555 Wright Way
Carson City, Nevada 89711-0250
(775) 684-4590

REQUEST DATE : 10/23/2009                SUP.TRAN.ID :   51732129


MARQUIS & AURBACH
10001 PARK RUN DR
LAS VEGAS NV 89145-8857


NO TITLE OR VEHICLE INFO AVAILABLE VIN  :      4GNFU10155B014636

# EXHIBIT 4

1

**Marquis & Aurbach**
ALBERT G. MARQUIS, ESQ.

2  Nevada Bar No. 1919
   JASON M. GERBER, ESQ.

3  Nevada Bar No. 9812
   10001 Park Run Drive

4  Las Vegas, Nevada 89145
   (702) 382-0711

5  E-mail: jgerber@marquisaurbach.com
     Attorneys for Plaintiff

6

## UNITED STATES DISTRICT COURT

7

### DISTRICT OF NEVADA

8

9  VOLVO   CONSTRUCTION   EQUIPMENT
   RENTS, INC.,                                      Case No:        2:09-cv-32

10                  Plaintiff,

11  vs.

12  NRL   RENTALS,   L.L.C.,   NRL   TEXAS     **DECLARATION OF JASON M. GERBER,**
    RENTALS, L.L.C., NRL SAN ANTONIO      **ESQ., IN SUPPORT OF MOTION FOR**
13  RENTALS, LP, ROBERT BALLI, HILARY     **ORDER TO ISSUE TITLES**
    BALLI, R& H.P. BALLI FAMILY TRUST,
14  BOSWORTH NEVADA INVESTMENTS LLC,
    DWIGHT        BOSWORTH,        MARCEL
15  BOSWORTH, MARINE QUEST-JOE POOL,
    LP, MARINE QUEST-TEXOMA, LP, MARINE
16  QUEST-CAPTAINS   COVE,   LP,   MARINE
    QUEST-EAGLE   MOUNTAIN,   LP,   MARINE
17  QUEST-ANDERSON   MILL,   LP,   MARINE
    QUEST-MARSHALL   FORD,   LP,   MARINE
18  QUEST-HARBOR     ONE,     LP,     MARINE
    QUEST-BOZ I, LP, MARINE QUEST-HIDDEN
19  COVE LP, MARINE QUEST-EXECUTIVE, LP,
    MARINE   QUEST-CHANDLER'S   LANCING,
20  LP,   MARINE   QUEST-LAKE   COUNTRY,
    JEFFERSON   BANK,   JEFFERSON   BANK-
21  ARLINGTON LPO, PLAINSCAPITAL BANK,

22                  Defendants.

23

24       JASON M. GERBER, ESQ., being first duly sworn, deposes and says:

25       1.    I am counsel for the Plaintiff in the above-entitled matter.

26       2.    I have personal knowledge of the facts stated herein, except for those stated upon

27  information and belief and, as to those matters, I believe them to be true.  I am competent to

28  testify as to the facts stated herein in a court of law and will so testify if called upon.

M&A:10933-001 1034361_1 4/29/2010 7:32 AM

MARQUIS & AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

3.    Upon information and belief and pursuant to the Writs of Possession issued by the Court, VRI has repossessed Equipment in an effort to mitigate its damages in this matter.

4.    VRI has subpoenaed records from the Nevada DMV regarding several pieces of Equipment.  VRI subpoenaed this information for Equipment it could not locate title information for.

5.    Representatives of Marquis & Aurbach, counsel for VRI, have spoken to representatives at the Nevada Department of Motor Vehicles regarding issuance of titles for the repossessed Equipment.  The Nevada DMV requires a Court Order in order to issue titles for the Equipment.

Dated this ___29___ day of April, 2010.

_____
JASON M. GERBER, ESQ.

**MARQUIS & AURBACH**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

M&A:10933-001 1034361_1 4/29/2010 7:32 AM