# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

VOLVO CONSTRUCTION EQUIPMENT RENTS, INC.,

    Plaintiff,

v.

NRL RENTALS, LLC, et al.,

    Defendants.

2:09-CV-32 JCM (LRL)

**ORDER**

Presently before the court is plaintiff Volvo Construction Equipment Rents, Inc.'s motion for entry of clerk's default against defendant Jefferson Bank (Doc. #261), filed on March 15, 2010.

On June 22, 2009, plaintiff filed a notice of voluntary dismissal without prejudice against defendant Jefferson Bank (Doc. #78). Therefore, Jefferson Bank is not a party to the action and cannot be in default. Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion for entry of clerk's default (Doc. #261) be, and the same hereby is, DENIED.

DATED this 30th day of July, 2010.

*/s/ James C. Mahan*
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**