1  **Marquis & Aurbach**
   ALBERT G. MARQUIS, ESQ.
2  Nevada Bar No. 1919
   JASON M. GERBER, ESQ.
3  Nevada Bar No. 9812
   10001 Park Run Drive
4  Las Vegas, Nevada 89145
   Telephone: (702) 382-0711/Fax: (702) 856-8914
5  E-mail: jgerber@marquisaurbach.com

6  ROBERT W. MCINTYRE (0006768)
   Mcintyre Kahn & Kruse Co., L.P.A.
7  The Galleria & Towers at Erieview
   1301 East Ninth Street, Suite 2200
8  Cleveland, Ohio 44114
   Telephone: (216) 579-4114/Facsimile: (216) 579-0605
9  Email: info@mkkglaw.com
   **Attorneys for Plaintiff Volvo**
10 **Construction Equipment Rents, Inc.**

11              UNITED STATES DISTRICT COURT

12                   DISTRICT OF NEVADA

| | |
|---|---|
| 13 VOLVO CONSTRUCTION EQUIPMENT RENTS, INC., | Case No: 2:09-cv-32 |
| 14 | |
| 15 Plaintiff, | **JOINT MOTION FOR ENLARGEMENT OF TIME TO SUBMIT PROPOSED CONFIDENTIALITY/PROTECTIVE ORDER** |
| 16 vs. | |
| 17 NRL RENTALS, LLC, NRL TEXAS RENTALS, LLC, NRL SAN ANTONIO RENTALS, LP, NRL HIGH ACCESS, LLC, VEGAS RENTS, LLC, ROBERT BALLI, HILARY BALLI, R& H.P. BALLI FAMILY TRUST, NICK BALLI, LARRY CHAVEZ, BOSWORTH NEVADA INVESTMENTS, LLC, BOSWORTH FARMS, INC., DWIGHT BOSWORTH, MARCEL BOSWORTH, MARINA QUEST, INC., MARINE QUEST-JOE POOL, INC., MARINE QUEST-TEXOMA, LP, MARINE QUEST TEXOMA II, LP, MARINE QUEST-CAPTAINS COVE, LP, MARINE QUEST-EAGLE MOUNTAIN, LP, MARINE QUEST-ANDERSON MILL, LP, MARINE QUEST-MARSHALL FORD, LP, MARINE QUEST-HARBOR ONE, LP, MARINE QUEST-BOZ I, LP, MARINE QUEST-HIDDEN COVE LP, MARINE QUEST-EXECUTIVE, LP, MARINE QUEST-CHANDLER'S LANDING, LP, MARINE QUEST-LAKE COUNTRY, LP, MARINE QUEST-INVESTMENTS, LP, TARRANT COUNTY MARINA ENTERPRISES, INC., | |

|   | |
|---|---|
| 1 | LAKE COUNTRY MARINA, INC., ELITE MARINE MANAGEMENT, LLC, JEFFERSON BANK, PLAINSCAPITAL BANK, |
| 2 | |
| 3 | Defendants. |

Plaintiff and Defendants jointly move this Court for a four day enlargement of time – until August 20, 2010 – in which to submit proposed confidentiality/protective order(s), in response to the Court's Order dated July 30, 2010 (#322). The parties have not previously sought an extension of time of the deadline contained in the subject Order.

The Court's July 30, 2010 Order (#322) directed the parties to meet and confer on a proposed confidentiality agreement and protective order and to either submit a jointly proposed version, or their own separate versions, by August 16, 2010. Counsel held a conference call on August 5, 2010 which included a discussion of this subject. Defendants' counsel is reviewing Plaintiff's proposed version of a confidentiality/protective order and has pledged to provide comments and/or revisions very soon. However, Plaintiff's lead counsel is currently out of the country on vacation and will not return until August 16, 2010.

Because the parties are working on what will hopefully be a mutually agreeable, jointly proposed version of a confidentiality order, they ask for a few additional days to submit their confidentiality agreement/protective order(s) after Plaintiff's counsel returns from vacation so he has time to review Defendants' comments and changes and counsel can have further discussion, if necessary. If the parties are not granted the extension of time they will each have to submit their own version and have the Court decide which document to choose.

. . .

. . .

. . .

. . .

. . .

. . .

Therefore, for all the foregoing reasons, Plaintiff and Defendants jointly ask this Court to grant their motion and allow them a four day enlargement of time in which to submit proposed confidentiality/protective order(s), through and including August 20, 2010.

Dated this 13th day of August, 2010.

Respectfully submitted,

/s/ Jason M. Gerber
ALBERT G. MARQUIS, ESQ.
Nevada Bar No. 1919
JASON M. GERBER, ESQ.
Nevada Bar No. 9812
10001 Park Run Drive
Las Vegas, NV 89145

/s/ Robert W. McIntyre
ROBERT W. MCINTYRE (0006768)
GEORGE V. PILAT (0039167)
MCINTYRE KAHN & KRUSE CO., L.P.A.
The Galleria & Towers at Erieview
1301 East Ninth Street, Suite 2200
Cleveland, Ohio 44114
**Attorneys for Plaintiff Volvo Construction Equipment Rents, Inc.**

/s/ Mark J. Connot
Mark J. Connot (10010)
Kevin M. Sutehall (9437)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 385-2500
Facsimile: (702) 385-2086
mconnot@hutchlegal.com
ksutehall@hutchlegal.com

/s/ Spencer M. Judd
Spencer M. Judd (10095)
MACDONALD & JUDD, Ltd.
6625 W. Sahara Ave., Suite 1
Las Vegas, NV 89146
Telephone: (702) 682-4750
Facsimile: (702) 360-476
smjlaw@aol.com

*Attorneys for NRL Rentals Defendants; Balli Defendants; Bosworth Defendants; and Marine Quest Defendants*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 8-13-10

M&A:10933-001 1122644_1.DOC 8/13/2010 1:48 PM

**PROOF OF SERVICE**

I hereby certify that on this 13th day of August, 2010, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

By /s/ Jason M. Gerber, Esq.
JASON M. GERBER, ESQ.
Nevada Bar No. 9812
Attorneys for Plaintiff Volvo
Construction Equipment Rents, Inc.

M&A:10933-001 1122644_1.DOC 8/13/2010 1:48 PM