# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

### * * *

VOLVO CONSTRUCTION EQUIPMENT
RENTS, INC.,

            Plaintiff,

v.

NRL RENTALS, LLC, et al.,

            Defendants.

)
)
)
)
)
)
)
)
)
)
)

2:09-cv-00032-JCM-LRL

**O R D E R**

Before the court is plaintiff's Motion to Extend or Modify Plaintiff's Expert Disclosure Deadline and Amend the Scheduling Order (#363). The court has considered the motion and defendants' Limited Opposition (#367). For good cause shown,

IT IS ORDERED that the Motion to Extend or Modify Plaintiff's Expert Disclosure Deadline and Amend the Scheduling Order (#363) is granted as follows: the deadline for the designation of expert witnesses shall be extended to February 11, 2011; rebuttal experts shall be designated by March 11, 2011; discovery shall close at 6:00 p.m. on April 11, 2011; dispositive motions shall be filed by May 11, 2011; and the Joint Pretrial Order shall be filed by June 13, 2011.

DATED this 22nd day of November, 2010.

_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**