# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

VOLVO CONSTRUCTION EQUIPMENT RENTS, INC, *et al.*,

    Plaintiffs,

vs.

IRA S. LEVINE, *et al.*,

    Defendants.

2:09-cv-00032-JCM-LRL

ORDER

    Presently before the court is plaintiff's motion for reconsideration of December 2, 2010, order (doc. #372) granting defendant Jefferson Bank's motion to dismiss. (Doc. #375). The court agrees that, pursuant to the order granting plaintiff's motion for enlargement of time (doc. #343), plaintiff shall be permitted to file a response to the motion to dismiss.

    Accordingly,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion for reconsideration (doc. #375) of this court's December 2, 2010, order is hereby GRANTED.

    IT IS FURTHER ORDERED that the December 2, 2010, order (doc. #372) is hereby VACATED insofar as it granted defendant Jefferson Bank's motion to dismiss (doc. #328).

    DATED: January 4, 2011.

                                                                            JAMES C. MAHAN
                                                                            United States District Judge