```
 1 | SUBT
   | Swen Prior, Esq.
 2 | Nevada Bar No. 9324
   | SNELL & WILMER L.L.P.
 3 | 3883 Howard Hughes Parkway
   | Suite 1100
 4 | Las Vegas, Nevada 89169
   | Telephone (702) 784-5200
 5 | Fax: (702) 784-5252
   | sprior@swlaw.com
 6 |
   | James Kilroy, Esq.
 7 | *Pro Hac Vice Pending*
   | Brian P. Gaffney, Esq.
 8 | *Pro Hac Vice Pending*
   | SNELL & WILMER L.L.P.
 9 | 1200 Seventeenth Street
   | Suite 1700
10 | Denver, Colorado 80202
   | Telephone (303) 634-2000
11 | Fax: (303) 634-2020
   | jkilroy@swlaw.com
12 | bgaffney@swlaw.com
13 | *Attorneys for Volvo Construction Equipment Rents, Inc.*
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VOLVO CONSTRUCTION EQUIPMENT RENTS, INC., | Case No. 2:09-CV-32 |
| Plaintiff, | |
| vs. | **SUBSTITUTION OF COUNSEL** |
| NRL RENTALS, LLC, NRL TEXAS RENTALS, LLC, NRL SAN ANTONIO RENTALS, LP, NRL HIGH ACCESS, LLC, VEGAS RENTS, LLC, ROBERT BALLI, HILARY BALLI, R & H.P. BALLI FAMILY TRUST, NICK BALLI, LARRY CHAVEZ, BOSWORTH NEVADA INVESTMENTS, LLC, BOSWORTH FARMS, INC., DWIGHT BOSWORTH, MARCEL BOSWORTH, MARINA QUEST, INC., MARINE QUEST-JOE POOL, INC., MARINE QUEST-TEXOMA, LP, MARINE QUEST TEXOMA II, LP, MARINE QUEST-CAPTAINS COVE, LP, | |

14101977.1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12 | MARINE QUEST-EAGLE MOUNTAIN, LP, MARINE QUEST-ANDERSON MILL, LP, MARINE QUEST-MARSHALL FORD, LP, MARINE QUEST-HARBOR ONE, LP, MARINE QUEST-BOZ I, LP, MARINE QUEST-HIDDEN COVE LP, MARINE QUEST-EXECUTIVE, LP, MARINE QUEST-CHANDLER'S LANDING, LP, MARINE QUEST-LAKE COUNTRY, LP, MARINE QUEST-INVESTMENTS, LP, TARRANT COUNTY MARINA ENTERPRISES, INC., LAKE COUNTRY MARINA, INC., ELITE MARINE MAANAGEMENT, LLC, JEFFERSON BANK, PLAINSCAPITAL BANK,<br><br>                            Defendants. |

Plaintiff, Volvo Construction Equipment Rents, Inc., a Delaware corporation, ("Volvo Rents"), hereby substitutes James Kilroy, Esq., Swen Prior, Esq., and Brian Gaffney, Esq., of the law firm of Snell & Wilmer L.L.P., to represent them for all purposes in the above-entitled matter in the place of Robert W. McIntyre, Esq. and George V. Pilat, Esq. of the law firm of McIntyre Kahn & Kruse Co., L.P.A. and Jason M. Gerber, Esq. of the law firm of Marquis Aurbach Coffing.

DATED December 8, 2011.

VOLVO CONSTRUCTION EQUIPMENT RENTS, INC.

By: _____
Christopher M. Clements
Its: Vice President and General Counsel

14101977.1

-2-

Robert W. McIntyre, Esq. and George V. Pilat, Esq. of the law firm of McIntyre Kahn & Kruse Co., L.P.A. and Jason M. Gerber, Esq. of the law firm of Marquis Aurbach Coffing hereby substitute in their place and stead James Kilroy, Esq., Swen Prior, Esq., and Brian Gaffney, Esq., of the law firm of Snell & Wilmer L.L.P, as attorney for Volvo Rents, for all purposes in the above-entitled matter.

DATED December 8, 2011.

MCINTYRE KAHN & KRUSE CO., L.P.A.

By: _____
Robert W. McIntyre, Esq.
George V. Pilat, Esq.
The Galleria & Towers at Erieview
1301 East Ninth Street, Suite 2200
Cleveland, Ohio 44114
Telephone: (216) 579-4114
Fax: (216) 579-0605
info@mkkglaw.com

MARQUIS AURBACH COFFING

By: _____
Jason M. Gerber, Esq.
Nevada Bar No. 9812
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
jgerber@maclaw.com

14101977.1

James Kilroy, Esq., Swen Prior, Esq., and Brian Gaffney, Esq., of the law firm of Snell & Wilmer L.L.P, hereby accept substitution as attorney for Volvo Rents, for all purposes in the above-entitled action, in the place and stead of Robert W. McIntyre, Esq. and George V. Pilat, Esq. of the law firm of McIntyre Kahn & Kruse Co., L.P.A. and Jason M. Gerber, Esq. of the law firm of Marquis Aurbach Coffing.

DATED December 8, 2011.   SNELL & WILMER L.L.P.

By: _____
Swen Prior, Esq.
Nevada Bar No. 9324
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Fax: (702) 784-5252
sprior@swlaw.com

James Kilroy, Esq.
*Pro Hac Vice Pending*
Brian P. Gaffney, Esq.
*Pro Hac Vice Pending*
SNELL & WILMER L.L.P.
1200 Seventeenth Street
Suite 1900
Denver, Colorado 80202
Telephone (303) 634-2000
Fax: (303) 634-2020
jkilroy@swlaw.com
bgaffney@swlaw.com

Signed: _____
UNITED STATES MAGISTRATE JUDGE
12-9-11

14101977.1

- 4 -

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing by the method indicated:

| | |
|---|---|
| __X__ | U. S. Mail |
| _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission |
| _____ | Federal Express |
| __X__ | Electronic Service via CM/ECF |

and addressed to the following:

Patrick Murch, Esq.
Terry J. Care, Esq.
MCDONALD CARANO WILSON LLP
2300 West Sahara Ave.
Las Vegas, NV 89104
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
Email: pumrch@mcdonaldcarano.com
Email: tcare@mcdonaldcarano.com

*Attorneys for Defendants NRL Rentals, LLC*

Raymund C. King
Law Offices of Raymund C. King, MD, JD, PLLC
6860 North Dallas Parkway
Plano, TX 75024
Telephone: (972) 381-2792
Facsimile (972) 294-3297
Email: rking@rkinglaw.com

*Attorneys for Defendant Dwight Bosworth*

DATED December 8th, 2011.

_____
Wendy S. Rudnick
An Employee of Snell & Wilmer L.L.P.

14141113