**James C. Mahan**
**U.S. District Judge**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

VOLVO CONSTRUCTION EQUIPMENT RENTS, INC.,

Plaintiff,

v.

NRL RENTALS, LLC, et al.,

Defendants.

2:09-CV-32 JCM (VCF)

## ORDER

Presently before the court is plaintiff's unopposed motion for permission to allow witness to appear by contemporaneous transmission from a different location. (Doc. # 600).

Brian Bradley ("Bradley") is a key trial witness and former employee of plaintiff. Bradley presently works for Barrick Gold Corporation at a remote mine location on the border of Argentina and Chile.

Federal Rule of Civil Procedure 43(a) provides that "compelling circumstances and with appropriate safeguards, the court may permit testimony in open court by contemporaneous transmission from a different location."

Plaintiff represents that Bradley is willing to testify at trial. However, Bradley cannot physically return to the United States due to his current employer's business needs and his own responsibilities associated with running the mine camp. Further, the economic costs of returning to the United States are prohibitive. Bradley may testify at trial via contemporaneous transmission

provided that he remains available for cross examination.

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion for permission to allow witness to appear by contemporaneous transmission from a different location (doc. # 600) be, and the same hereby is, GRANTED.

DATED August 30, 2012.

_____
UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge

- 2 -