# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

VOLVO CONSTRUCTION EQUIPMENT RENTS, INC.,

    Plaintiff,

v.

NRL RENTALS, LLC, et al.,

    Defendants.

2:09-CV-32 JCM (VCF)

## ORDER

Presently before the court is the defendants' emergency motion to vacate the pretrial order (doc. # 607) and emergency motion to withdraw as attorney (doc. # 611).

On August 28, 2012, the parties attended a mandatory settlement conference; however, no agreement could be reached. In the days following the settlement conference defendants informed their local counsel, McDonald Carano Wilson LLP, that they would be unable to pay their attorneys' fees during trial. Local counsel filed the instant motions on September 3, 2012. This case is presently set for trial on September 10, 2012.

Nevada Rule of Professional Conduct 1.16 and Nevada Supreme Court Rule 46 permit, among other things, an attorney to withdraw from representing a client for good cause. The failure of a client to pay attorneys' fees establishes good cause. Local counsel is permitted to withdraw in this case.

. . .

**James C. Mahan**
**U.S. District Judge**

**James C. Mahan**
**U.S. District Judge**

The Law Offices of Raymund C. King represent defendants and filed a declaration in support of the emergency motion to withdraw as local counsel. (Doc. # 609). Therefore, defendants have fourteen days to find new local counsel in accordance with local rule 10-6.

Finally, the trial date set for September 10, 2012 is vacated. The parties may agree to a new trial date at the calendar call set for September 5, 2012. Alternatively, if the parties agree to a new trial date prior to the calendar call then the parties may file a stipulation with the court.

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that defendants' emergency motion to vacate the pretrial order (doc. # 607) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that defendants' emergency motion to withdraw as local counsel (doc. # 611) be, and the same hereby is, GRANTED.

DATED September 4, 2012.

*/s/ James C. Mahan*
**UNITED STATES DISTRICT JUDGE**