Paul S. Prior
Nevada Bar No. 9324
SNELL & WILMER L.L.P.
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, Nevada 89169
Telephone (702) 784-5200
Fax: (702) 784-5252
Email: sprior@swlaw.com

James Kilroy (*Pro Hac Vice*)
Brian P. Gaffney (*Pro Hac Vice*)
SNELL & WILMER L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, Colorado 80202
Telephone (303) 634-2000
Fax: (303) 634-2020
Email: jkilroy@swlaw.com
Email: bgaffney@swlaw.com
Attorneys for Volvo Construction Equipment Rents, Inc.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VOLVO CONSTRUCTION EQUIPMENT RENTS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>NRL RENTALS, LLC, et al.,<br><br>Defendants. | Case No.: 2:09-CV-00032-JCM-VCF<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ORDER STAYING EXECUTION OF JUDGMENT FOR COSTS AND AUTHORIZING DEPOSIT OF FUNDS WITH COURT'S REGISTRY WITH SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES** |

THIS MATTER comes before the Court on the *Plaintiff's Motion for Order Staying Execution of Judgment for Costs and Authorizing Deposit of Funds with Court's Registry with Supporting Memorandum of Points and Authorities* (the "Motion") filed by Plaintiff Volvo Construction Equipment Rents, Inc. ("Volvo Rents"). Having reviewed the Motion and

otherwise being fully informed in its premises, the Court hereby ORDERS, ADJUDGES, and DECREES as follows:

1. The Motion is GRANTED.

2. The Defendants are hereby stayed from executing on the costs judgment (Docket No. 678) until further order of this Court.

3. Volvo Rents is hereby authorized in accordance with LR 65.1-2 to deposit $35,133.40 with the Clerk of the Court and into the Court's registry.

Dated December 2, 2013.

*signature*

The Honorable James C. Mahan
United States District Court Judge

16845687